IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| NOAH ROSENBERG, ALEX ROSENBERG, and KIM ROSENBERG, | ) ) ) | Case No.: 3:25-cv-00722-SB |
| Plaintiffs, | ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

THE PARTIES HEREBY STIPULATE and agree that the above-captioned matter has been fully compromised and settled between them and the same may be dismissed with prejudice and without attorney fees and costs.

Page 1 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS SO STIPULATED.

Dated March 19, 2026.

**BONAPARTE & LEGGATT, LLC**

By: *s/ Robert E.L. Bonaparte*
Robert E.L. Bonaparte, OSB No. 883411
bob@bb-law.net
Stephen D. Leggatt, OSB No. 036013
stephen@bonaparte-leggatt.com
One SW Columbia Street, Suite 460
Portland, Oregon 97204
Telephone: (503) 242-0005
*Attorneys for Plaintiffs*

**DKM LAW GROUP, LLP**

By: *s/ Joshua N. Kastan*
Joshua N. Kastan, OSB No.190053
JNK@dkmlawgroup.com
Karma N. Read, OSB No. 220934
KNR@dkmlawgroup.com
1050 SW 6th Ave., Suite 1100
Portland, OR 97204
Phone: 415-421-1100
*Attorneys for Defendant*

### ORDER OF DISMISSAL

IN CONFORMITY with the foregoing Stipulation, this action is hereby dismissed with

prejudice and without attorney fees and costs.

IT IS SO ORDERED.

DATED: <u>March 19, 2026</u>

<u>Stacie F. Beckerman</u>
HON. STACIE F. BECKERMAN
U.S. Magistrate Judge

**Presented by:**

BONAPARTE & LEGGATT, LLC

<u>/s/ Robert E.L. Bonaparte</u>
Robert E.L. Bonaparte, OSB No. 883411
Email: bob@bb-law.net
Stephen D. Leggatt, OSB No. 036013
Email: stephen@bonaparte-leggatt.com
*Attorneys For Plaintiffs*